HENRY P. DOREMUS, ADMINISTRATOR, &c., PLAINTIFF IN
ERROR, v. HELENA S. PRICE, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Thomas M. Moore.*

For the defendant in error, *Eugene Stevenson.*

PER CURIAM.
The judgment of the court below is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
DEPUE, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN,
CLEMENT, KRUEGER, SMITH.    11.

*For reversal*—None.